# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Joshua@levinepstein.com

September 6, 2022

**_Via Electronic Filing_**
The Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

     **Re:** *Lopez v. Dutch Express LLC et al*
       **Case No.: 1:22-cv-05180-JGK**

Dear Honorable Judge Koeltl:

  This law firm is counsel to Plaintiff Diana Lopez (the "Plaintiff") in the above-referenced action.

  Pursuant to Your Honor's Individual Practices I(A) and I(E), the following letter serves as a request to adjourn the initial case conference currently scheduled for September 13, 2022 [Dckt. No. 8] to a date and time after November 7, 2022. This is the first request of its nature. If granted, this extension would not affect any other scheduled deadlines.

  The basis of the request is that Defendants Dutch Express LLC, Ariella Azogui, Marcus Hoed, and Aviv Siso (collectively, the "Defendants") have not yet appeared in the action. Additional time is needed to ensure that Defendants have been served with the Summons and Complaint and, if necessary, proceed with the filing of a clerk's certificate of default in the event of Defendants' non-appearance.

  In light of the foregoing, it is respectfully requested that the Court adjourn the initial case conference currently scheduled for September 13, 2022 [Dckt. No. 8] to a date and time after November 7, 2022.

  We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

  Thank you, in advance, for your time and consideration.

              Respectfully submitted,

*[Handwritten: Conference adjourned to November 10, 2022 at 2:30 P.M. So ordered. /s/ JGKoeltl U.S.D.J. 9/6/22]*

              LEVIN-EPSTEIN & ASSOCIATES, P.C.

              By: */s/ Jason Mizrahi*
                 Jason Mizrahi
                 60 East 42nd Street, Suite 4747
                 New York, NY 10170
                 Tel. No.: (212) 792-0048
                 Email: Jason@levinepstein.com
                 *Attorneys for Plaintiff*

VIA ECF: All Counsel