UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANA LOPEZ,
               Plaintiff,

    - against -                   22-cv-5180 (JGK)

DUTCH EXPRESS LLC, ET AL.,     ORDER
               Defendants.

JOHN G. KOELTL, District Judge:

    As discussed at today's conference, the parties shall submit a letter to the Court by **October 26, 2022** explaining the status of the case.

SO ORDERED.
Dated:    New York, New York
          October 19, 2022

                                            John G. Koeltl
                                     United States District Judge