

**Casey J. Hail**
Direct Dial: 917.472.9520
chail@steinadlerlaw.com

October 26, 2022

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
United States District Court for the
    Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Lopez v. Dutch Express LLC, et al.*, **Case No. 22-cv-05180-JGK**

Dear Judge Koeltl:

This firm represents defendants Dutch Express LLC, Marcus Hoed, Ariella Azogui and Aviv Siso (collectively with Dutch Express, "Defendants") in the above-referenced action (the "Action"). Pursuant to the Court's Order dated October 19, 2022 (Doc. No. 15), we write jointly with counsel for plaintiff Diana Lopez ("Plaintiff") to provide an update regarding the status of the case.

Plaintiff and Defendants (collectively, the "Parties") have agreed to a stipulation that resolves the issues discussed during the October 18, 2022 conference with the Court. Plaintiff has agreed to voluntarily dismiss the Action following the Parties' execution of that stipulation; the Parties anticipate that process will be completed by no later than Wednesday, November 2, 2022.

We thank the Court for its consideration of this matter.

Respectfully submitted,

   *s/ Casey J. Hail*

Casey J. Hail

cc:    All counsel of record

1633 Broadway, 46th Floor, New York, NY 10019 | Telephone: 212.867.5620