```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
----------------------------------------

DIANA LOPEZ,

                Plaintiff,

       - against –

DUTCH EXPRESS LLC, et al.,

                Defendants.

----------------------------------------

22-cv-5180 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The case is stayed pending confirmation that the case will be dismissed in view of the parties' arbitration.

**SO ORDERED.**

Dated:    New York, New York
            November 10, 2022

                                              John G. Koeltl
                                   United States District Judge